■ JACK LIFFITON, Appellant-Respondent, v TEJBIR OBEROI, Respondent-Appellant. [864 NYS2d 353]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered March 29, 2007 in a dental malpractice action. The order, inter alia, denied the motion of plaintiff to compel the deposition of defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Lunn, Pine and Gorski, JJ.